AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2/22/05 @ 9:00 am |
| NAME OF SERVER *(PRINT)* Carmen J. Verderamo | TITLE Special Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): Served Corporation Trust Co 1209 Orange Street Wilmington DE by serving Brian Penrod, registered agent, 32 m w 5'8" 170 brown hair

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___02/28/2005___          ___Carmen J. Verderamo___
　　　　　　　　　　*Date*　　　　　　　*Signature of Server* CARMEN  J.  VERDERAMO

　　　　　　　　　　1218 N. King St 4 400 Wilmington DE 19801
　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



AO 440 (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

AT&T Corp.

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: *04-1412 SLR*

Nasrin Services LLC

TO: (Name and address of Defendant)

## NASRIN SERVICES LLC

C/O REGISTERED AGENT - THE CORPORATION TRUST COMPANY

COPORATION TRUST CENTER 1209 ORANGE STREET, WILINGTON, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CHARLES J. BROWN, III, ESQUIRE
ELZUFON AUSTIN REARDON TARLOV AND MONDELL
300 DELAWARE AVENUE, SUTIE 1700
WILMINGTON, DE 19899

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**
_____
CLERK

_2·18·05_
DATE

(By) DEPUTY CLERK