IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AT&T CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 04-1412 SLR |
| v. | ) | |
| | ) | |
| NASRIN SERVICES, LLC.; and JOHN DOES | ) | |
| (1-10), representing various individuals and | ) | |
| entities whose names and addresses are | ) | |
| presently unknown, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, subject to the approval of the Court, that the time within which Defendant Nasrin Services, LLC shall move, answer or otherwise respond to the Complaint filed is extended to and including April 13, 2005.

_____
Charles J. Brown, III (#3368)
Elzufon, Austin, Reardon,
  Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
Wilmington, DE 19802
(302) 428-3181
cbrown@elzufon.com

Attorneys for Plaintiff

Dated: March 14, 2005

_____
C. Malcolm Cochran, IV (#2377)
Kelly E. Farnan (#4395)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
cochran@rlf.com
farnan@rlf.com

Attorneys for Defendant Nasrin Services, LLC

Dated: March 14, 2005


APPROVED AND SO ORDERED this _____ day of March, 2005.

_____
USDJ

RLF1-2852041-1