# ELZUFON AUSTIN REARDON
# TARLOV & MONDELL, P.A.

ATTORNEYS & COUNSELORS AT LAW

JOHN A. ELZUFON
JEFFREY M. AUSTIN
MARK L. REARDON
EDWARD A. TARLOV
SCOTT R. MONDELL
H. GARRETT BAKER
ROBERT H. RICHTER
COLLEEN D. SHIELDS
CHARLES J. BROWN, III

ROGER L. TRUEMPER
SCOTT A. SIMPSON
CHRISTIAN G. MCGARRY
DIANE M. ANDREWS
KATHRYN E. LEE
MATTHEW P. DONELSON
DANIEL F. TYRRELL, JR.,
JENNIFER A. KAPES
ANDREA C. RODGERS

300 DELAWARE AVENUE
SUITE 1700, P.O. BOX 1630
WILMINGTON, DELAWARE, 19899-1630
PHONE: 302.428.3181
FACSIMILE: 302.428.3180
INTERNET: WWW.ELZUFON.COM
WRITERS E-MAIL: CBROWN@ELZUFON.COM

June 3, 2005

**VIA HAND DELIVERY**

The Honorable Chief Judge
Sue L. Robinson
United States District Court
844 N. King Street
Lock Box 31
Wilmington, DE 19801

      RE:    **AT&T v. Nasrin, LLC**
               **Civil Action No.: 04-1412**
               **EART&M File No.: 131196-15072**

Dear Judge Robinson:

      Enclosed please a proposed scheduling order setting forth a discovery plan in the above-referenced matter. Defendant's counsel, Kelly Farnan, has advised me that she approves the proposed schedule. I look forward to discussing the case with you and Ms. Farnan at the telephonic scheduling conference Monday morning.

                                   Respectively yours,

                                   Charles J. Brown, III

CJB:mjs
Enclosure
cc: Kelly E. Farnan, Esq. (via email)
    George Patterson, Esq. (via email)
G:\Docs\CLIENT\131196\15072\let\00286361.DOC