UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AT&T CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>NASRIN SERVICES, LLC.; and JOHN DOES (1-10), representing various individuals and entities whose names and addresses are presently unknown,<br><br>    Defendants. | Civil Action No.:  04-1412 SLR |

### NOTICE OF SERVICE OF PLAINTIFF'S RULE 26(A)(1) DISCLOSURES

**PLEASE TAKE NOTICE** that on June 24, 2005, Plaintiff AT&T Corp. ("AT&T") caused service of its Initial Disclosures upon:

**By First Class Mail**
Kelly E. Farnan, Esq.
Richards, Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE  19899
*Attorneys for Defendant Nasrin Services, LLC*


Dated:  June 27, 2005            **ELZUFON AUSTIN REARDON**
                                 **TARLOV & MONDELL**

                                  _/s/ Charles J. Brown, III_____
                                 Charles J. Brown, III, Esq. (Bar No. 3368)
                                 300 Delaware Avenue
                                 Suite 1700
                                 P.O. Box 1630
                                 Wilmington, Delaware 19899-1630
                                 (302) 428-3181
                                 - and -

-2-

**LOWENSTEIN SANDLER PC**
George E. Patterson, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
Counsel for AT&T