IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AT&T CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 04-1412 SLR |
| v. | ) | |
| | ) | |
| NASRIN SERVICES, LLC.; and JOHN DOES (1-10), representing various individuals and entities whose names and addresses are presently unknown, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 24, 2005, copies of Nasrin Services, LLC's Initial Disclosures Pursuant to FRCP 26 were served on the following attorneys of record at the addresses and in the manner indicated:

**BY HAND DELIVERY**
Charles J. Brown, III
Elzufon, Austin, Reardon, Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
Wilmington, Delaware 19801

**BY FEDERAL EXPRESS**
George E. Patterson, Jr., Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 08068

*Kelly E. Farnan*
C. Malcolm Cochran, IV (#2377)
(cochran@rlf.com)
Kelly E. Farnan (#4395)
(farnan@rlf.com)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

DATED: June 27, 2005                Attorneys for Defendant Nasrin Services, LLC

RLF1-2892819-1

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filings, and hand delivered, to the following:

>Charles J. Brown, III
>Elzufon, Austin, Reardon, Tarlov & Mondell, P.A.
>300 Delaware Avenue, Suite 1700
>Wilmington, Delaware 19801

I hereby certify that on June 27, 2005 I transmitted the foregoing document by telecopy to the following non-registered participants:

>George E. Patterson, Jr., Esq.
>Lowenstein Sandler PC
>65 Livingston Avenue
>Roseland, NJ 08068

*Kelly E. Farnan*
Kelly E. Farnan (#4395)
Farnan@RLF.com