IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AT&T CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 04-1412 SLR |
| v. | ) |
| | ) |
| NASRIN SERVICES, LLC.; and JOHN DOES (1-10), representing various individuals and entities whose names and addresses are presently unknown, | ) ) ) ) |
| | ) |
| Defendants. | ) |

**STIPULATION TO AMEND SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and through their undersigned counsel and subject to the approval of the Court, that the June 7, 2005 Scheduling Order in this matter be an d hereby is amended as follows:

3. **Joinder of other Parties, Amendment of Pleadings, and Class Certification.**

All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before August 22, 2005.

_____
Charles J. Brown, III (#3368)
cbrown@elzufon.com
Elzufon, Austin, Reardon,
   Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
Wilmington, DE 19802
(302) 428-3181

Attorneys for Plaintiff AT&T Corp.

Dated: August 15, 2005

_____
C. Malcolm Cochran, IV (#2377)
cochran@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

Attorneys for Defendant Nasrin Services, LLC

Dated: August 15, 2005

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge