## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AT&T CORP., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1412-SLR |
| NASRIN SERVICES, LLC; and JOHN DOES (1-10), representing various individuals and entities whose names and addresses are presently unknown, | : |
| Defendants. | : |

## **ORDER**

At Wilmington this **30th** day of **November, 2005**,

IT IS ORDERED that the mediation conference scheduled for Thursday, January 5, 2006 beginning at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE