IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AT&T CORP., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 04-1412-SLR |
| ) | |
| NASRIN SERVICES, LLC.; and JOHN DOES ) | |
| (1-10), representing various individuals and ) | |
| entities whose names and addresses are ) | |
| presently unknown ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and through their undersigned counsel and subject to the approval of the Court, that the above-captioned action, including all claims and counterclaims, is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorneys' fees incurred in connection with this action.

_____
Charles J. Brown, III (#3368)
(cbrown@elzufon.com)
Elzufon, Austin, Reardon,
  Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
Wilmington, DE 19802
(302) 428-3181
Attorneys for Plaintiff AT&T Corp.

Dated: January 4, 2006

_____
C. Malcolm Cochran, IV (#2377)
(cochran@rlf.com)
Kelly E. Farnan (#4395)
(farnan@rlf.com)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Attorneys for Defendant Nasrin Services, LLC

Dated: January 4, 2006

SO ORDERED this _____ day of January, 2006.

_____
United States District Judge

RLF1-2945972-1