**CERTIFICATE OF SERVICE**

      I, Charles J. Brown, III, hereby certify that I caused a copy of the foregoing *Stipulation of Dismissal* to be served upon the party listed below via First Class U.S. mail:

Kelly E. Farnan, Esq.
Richards, Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE  19899

Dated: January 5, 2006                      */s/ Charles J. Brown, II*
                                                                  Charles J. Brown, III (No. 3368)